IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01925-PAB-NRN

JACQUES NOEL, on Behalf of Himself and All Others Similarly Situated,

    Plaintiff,

v.

ARRAY BIOPHARMA INC.,
CARRIE S. COX,
CHARLES M. BAUM,
GWEN A. FYFE,
KYLE A. LEFKOFF,
JOHN A. ORWIN,
SHALINI SHARP,
RON SQUARER, and
GIL J. VAN LUNSEN,

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Jacques Noel ("Plaintiff") voluntarily dismisses the above-captioned action (the "Action") with prejudice as to his individual claims, and without prejudice as to the claims of the putative class. Because this notice of dismissal is being filed before service by the defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: July 30, 2019

Respectfully submitted,

/s/ *Richard A. Acocelli*
Richard A. Acocelli
**WEISSLAW LLP**
1500 Broadway, 16th Floor

                                                New York, NY 10036
                                                Telephone: (212) 682-3025
                                                Facsimile: (212) 682-3010
                                                Email: racocelli@weisslawllp.com

                                                Attorneys for Plaintiff

**OF COUNSEL:**

**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato
885 Third Avenue, Suite 3040
New York, New York 10022
Tel: (212) 308-5858
Fax: (212) 486-0462
Email: fortunato@bespc.com

*Attorneys for Plaintiff*